[No. 6776–1.   Division One.   September 4, 1979.]

KEENER QUALITY FOODS, INC., *Appellant,* v. ROBERT
J. ANDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 832217, Stephen M. Reilly, J., entered August
29, 1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris and Andersen, JJ.

[No. 7178–45597–1.   Division One.   September 4, 1979.]

THE CITY OF SEATTLE, *Respondent,* v. LAWRENCE DENNIS
MCLAUGHLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81878, David W. Soukup, J., entered June 8,
1978. *Affirmed* by unpublished opinion per Callow, C.J.,
concurred in by Farris and Ringold, JJ.

[No. 3342–2.   Division Two.   September 5, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
H. BOSCH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3460, Robert J. Bryan, J., entered February
6, 1978. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Pearson, C.J., and Soule, J.

[No. 3367–2.   Division Two.   September 5, 1979.]

LEO L. WINGARD, *Appellant,* v. DORIS L.
SAGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 261427, Thomas R. Sauriol, J., entered Febru-
ary 24, 1978. *Affirmed* by unpublished opinion per Johnson,
J. Pro Tem., concurred in by Pearson, C.J., and Petrie, J.